**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

**ROGER W. TITUS**                                                                              **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                         **GREENBELT, MARYLAND  20770**
                                                                                                                                                **301-344-0052**

## M E M O R A N D U M

TO:         Counsel of Record

FROM:    Judge Roger W. Titus

RE:        *Music Makers Holdings, LLC v. Maria Sarro*
              Civil Action No. RWT-09-1836

DATE:    March 11, 2010

* * * * * * * * *

At the request of the parties, the hearing on Defendant Maria Sarro's Motion to Dismiss for Lack of Personal Jurisdiction (Paper No. 9) previously scheduled for March 22, 2010 at 10:00 a.m. is hereby **RESCHEDULED** for 3:00 p.m. on the same day.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                           /s/
                                              Roger W. Titus
                                       United States District Judge